FILED
CLERK, U.S. DISTRICT COURT
FEB 28 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MOHAMMAD MAJIDI,<br><br>            Defendant. | NO.: CR 05-00836-ABC<br>       CR 07-00406-ABC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if

1 | released under 18 U.S.C. § 3142(b) or (c). This finding is
2 | based on his failure to proffer any evidence to meet his burden
3 | on this issue;
4 | and
5 | B.  (X)  The defendant has not met his burden of establishing by
6 | clear and convincing evidence that he is not likely to pose a
7 | danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is
9 | based on his failure to proffer any evidence to meet his burden
10 | on this issue.

11 | IT THEREFORE IS ORDERED that the defendant be detained pending
12 | the further revocation proceedings.

14 | DATED:   February 28, 2012

*Margaret A. Nagle*
_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE