FILED
CLERK, U.S. DISTRICT COURT
JAN 1 6 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MOHAMMAD MAJIDI<br><br>　　　　　　Defendant. | CR 07-0406 ABC<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　[X]　the appearance of defendant as required; and/or

　　(B)　[X]　the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: he will refrain from criminal conduct — defendant has committed a new crime while on supervision; he has not shown that he will comply with conditions of release

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: he will will comply w/ conditions of release

IT IS ORDERED that defendant be detained.

DATED: 1/16/14

*(signature)*

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2